UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20914-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**LAWRENCE W. PARKER, JR.**,

    Defendant.
_____/

## SEALED NOTICE SETTING SENTENCING HEARING

Defense counsel and Defendant shall report immediately to the United States Probation Office of the Court for interview and further instructions. If on bond, the defendant shall report to the Probation Office also. If more than 30 minutes will be required for the sentencing hearing, please contact the courtroom deputy to arrange. Counsel are reminded that Defendant is expected to voluntarily surrender at the conclusion of the hearing should the sentence include incarceration. Extended surrender will not be considered unless a defendant is actively cooperating with the Government and the Government requests an extension of the surrender date.

**STEVEN M. LARIMORE**
**CLERK OF COURT**

By: ___*Patricia Snead*___
        Deputy Clerk

cc:   counsel of record